**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1535**

MILTON D. THORPE,

    Plaintiff - Appellant,

  v.

MECHANICSVILLE CONCRETE, LLC, d/b/a Powhatan Ready Mix,

    Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (3:10-cv-00797-JRS-DJN)

Submitted: March 18, 2013    Decided: April 5, 2013

Before DUNCAN, FLOYD, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Milton D. Thorpe, Appellant Pro Se. Lynn Forgrieve Jacob, James Nelson Wilkinson, WILLIAMS MULLEN, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Milton D. Thorpe appeals the district court's order granting summary judgment to Defendant in his civil action under the Civil Rights Act of 1866, 14 Stat. 27, Title VII of Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2003 & Supp. 2012), and 42 U.S.C. § 1981a (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Thorpe v. Mechanicsville Concrete, LLC, No. 3:10-cv-00797-JRS-DJN (E.D. Va. Mar. 26, 2012). We deny Thorpe's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED